MARIE M. MOFFAT, State Bar No. 62167
LAWRENCE C. YEE, State Bar No. 84208
RACHEL S. GRUNBERG, State Bar No. 197080
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105
Telephone: (415) 538-2339
Facsimile: (415) 538-2321
Email: ogc@calbar.ca.gov

Counsel for the State Bar Defendants:
The State Bar of California, Alan Bloom,
Jill A. Sperber, Arne Werchick, Pat McElroy,
Timothy A. Byer, and Ronald Magnuson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY ALLEGRINO II, | Case No. C07-00301 MJJ |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| THE STATE BAR OF CALIFORNIA, as a public corporation, ALAN BLOOM, in his official capacity for the State Bar of California and as an individual, JILL A. SPERBER, in her official capacity for the State Bar of California and as an individual, ARNE WERCHICK, in his official capacity for the State Bar of California and as an individual, PAT McELROY, in her official capacity for the State Bar of California and as an individual, TIMOTHY G. BYER, in his official capacity for the State Bar of California and as an individual, RONALD E. MAGNUSON, in his official capacity for the State Bar of California and as an individual, ARILD ROSSAVIK, John Does (1-50), and Jane Does (1-50), | Courtroom 11
Hon. Martin J. Jenkins |
| Defendants. | |

PURSUANT TO STIPULATION of the parties, IT IS SO ORDERED that the Case Management Conference, currently set for May 8, 2007, be continued until after the Court has ruled

1

1 | on the parties' pending motions.

2 | Dated: April  26 , 2007

*/s/ Martin J. Jenkins*
Hon. Martin J. Jenkins

PARTIES ARE NOTIFIED THAT A CASE MANAGEMENT CONFERENCE IS SCHEDULED FOR SEPTEMBER 11, 2007 AT 2:00 P.M.  A JOINT STATEMENT IS DUE 7 (SEVEN) DAYS PRIOR TO THE CONFERENCE.

2

[Proposed] Order Granting Stipulation to Continue Case Management Conf.            C07-00301 MJJ

PROOF OF SERVICE BY MAIL

I, Joan Sundt, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On April 23, 2007, following ordinary business practice, I send via electronic email, one copy of [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE addressed as follows:

| | |
|---|---|
| Anthony J. Allegrino II<br>aja2beverlyhills@yahoo.com | Geoffrey Graybill, Esq.<br>Office of the Attorney General<br>Geoffrey.Graybill@doj.ca.gov |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 23rd day of April, 2007.

                                                      s/Joan Sundt

3

[Proposed] Order Granting Stipulation to Continue Case Management Conf.    C07-00301 MJJ